IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE STEVENS,                                               No. C 12-5010 WHA (PR)

       Plaintiff,                                                  **ORDER OF TRANSFER**

  vs.

JAMES YATES, Warden,

       Defendants.                                               (Docket No. 2)

      This is a civil rights case brought pro se by a state prisoner incarcerated at San Quentin State Prison. He sues officials at Pleasant Valley State Prison for failing to provide plaintiff adequate medical care when he was housed there. Pleasant Valley Stat Prison is located within the venue of the United States District Court for the Eastern District of California. Venue for this case is therefore proper in the Eastern District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a). Ruling on plaintiff's application for leave to proceed in forma pauper is deferred to the Eastern District. The clerk shall transfer this matter forthwith.

      **IT IS SO ORDERED.**

Dated: October   30  , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\STEVENS5010.TRN.wpd